IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JERMAINE GARRETT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:12cv363-TMH |
| SID LOCKHEART, et al., | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On May 4, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against the Chambers County Detention Facility are dismissed with prejudice in accordance with the directives of 28 U.S.C. §1915(e)(2)(B)(I).

2. The Chambers County Detention Facility is DISMISSED as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against defendants Lockheart, Stewart and Mann, are referred back to the magistrate judge for appropriate proceedings.

Done this the 24th day of May, 2012.

/s/   Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE