IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JERMAINE GARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-CV-363-TMH |
| ) | |
| SID LOCKHEART, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

In this 42 U.S.C. § 1983 action, Christopher Jermaine Garrett ["Garrett"], a county inmate, challenges the conditions of confinement present during his incarceration at the Chambers County Detention Facility. The order of procedure specifically directed Garrett to inform the court immediately of any change in his address. *Order of April 24, 2012 - Doc. No. 4* at 5-6.

This court recently ascertained information establishing the plaintiff is no longer at the address he last provided for service. In light of the foregoing, the court entered an order requiring that on or before May 10, 2012, Garrett must inform the court of his present address. *Order of April 30, 2012 - Doc. No. 7*. The order specifically advised Garrett this case could not proceed if his whereabouts remained unknown and cautioned him that his failure to comply would result in a Recommendation that this case be dismissed. *Id*. The court has received no response from Garrett. As is clear from the foregoing, Garrett has

failed to comply with orders entered by this court and this case cannot properly proceed in his absence. It is likewise apparent that Garrett is no longer interested in the prosecution of this case. The court therefore concludes this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to prosecute this action.

It is further

ORDERED that on or before June 8, 2012, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en*

*banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 25th day of May, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE